IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD TILLMAN, | ) | |
| | ) | 4:06CV3110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court sua sponte regarding the order granting the plaintiff's motion to proceed in forma pauperis. The initial order by the court incorrectly states that the filing fee for civil cases is $250.00. On April 10, 2006, the required filing fee for civil cases was increased to $350.00. The plaintiff filed his case after this date, therefore, the plaintiff will be responsible for the entire amount of the $350.00 filing fee. The plaintiff is still permitted to proceed in forma pauperis and will continue to make partial monthly payments based upon the balance of the plaintiff's institutional trust account and the formula given in the original prisoner payment order.

    IT IS THEREFORE ORDERED:

    1.    That the plaintiff is responsible for paying the $350.00 filing fee; and

    2.    That the Clerk of the Court is directed to send a copy of this order to the plaintiff's institution.

DATED this 13th day of July, 2006.

                      BY THE COURT:

                      s/F.A. GOSSETT
                      United States Magistrate Judge