IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD TILLMAN, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>NEBRASKA DEPARTMENT OF )<br>CORRECTIONAL SERVICES, et al., )<br> )<br>Defendants. ) | 4:06cv3110<br><br>MEMORANDUM AND ORDER |

This matter is before the court on filing no. 6, the motion by the plaintiff, Ronald Tillman, for voluntary dismissal of the above-entitled case, without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted. No defendant has been served with process.

THEREFORE, IT IS ORDERED:

1. That filing no. 6 is granted, and the above-entitled case is dismissed, without prejudice, at the plaintiff's request; and

2. That judgment will be entered accordingly

July 14, 2006.                    BY THE COURT

                                   s/ *Richard G. Kopf*
                                   United States District Judge